**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEITH M. SANDS, JR.,
Petitioner

v. CA: 07-453T

UNITED STATES OF AMERICA,
Respondent

**ORDER DISMISSING CASE**

On December 10th, 2007, Petitioner filed a Motion to "Compel this Court to Modify/Reduce Petitioner's Sentence Pursuant to 18 U.S.C. §3582(c)(2)" in Criminal Action 00-20T. That motion was incorrectly construed as a motion to vacate, modify or reduce sentence under 28 U.S.C. §2255, and was subsequently opened as a civil action. Therefore, it is hereby ordered that the above-referenced action is **dismissed** and the case will be closed; the Motion filed by Petitioner will be filed and docketed in CR00-20T. Further, the United States is hereby ordered to file its response to Petitioner's Motion for Reduction of Sentence based on 18 U.S.C. §3582(c)(2) on or before February 1st, 2008.

Entered as an Order of this Court:

DEPUTY CLERK

ENTER:

Ernest C Torres

ERNEST C. TORRES
Senior U.S. District Judge

DATE: 1/9/08